| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics In Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. erson Reporting Last name, First name, Middle initial) STRAUB, CHESTER J | 2. Court or Organization U.S. COURT OF APPEALS, 2ND CIR | 3. Date of Report 5/2/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges ndicate full- or part-time) FULL-TIME JUDGE | 5. ReportType (check appropriate type) ○ Nomination  Date ○ Initial  ● Annual  ● Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address UNITED STATES COURTHOUSE 500 PEARL STREET EW YORK, NY 10007 | 8. On the basis of the information contained in this Report and any modifications perta ning thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____  Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE | LENOX HILL HOSPITAL |
| 2. | TRUSTEE | MANHATTAN EYE EAR AND THROAT HOSPITAL - (A LE OX HILL HOSPITAL SUBSI IARY} |
| 3. | EXE UTOR | "ESTATE # 1 " ( SEE SECTION VIII ) |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED 2005 MAY -9 P 12:11 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | NYS RETIREMENT SYSTEM (RETIREMENT BENEFIT) | 5583.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | LENOX HILL HOSPITAL | TAXI FARES IN CONNECTION WITH TRUSTEE MEETINGS. |
| 2. | | THE HOSPITAL PAID FOR TAXIS HOME FROM LENOX HILL HOSPITAL N W YORK FOR THE FOLLOWING DAYS : |
| 3. | | 2/10,2/25,3/31,4/13,4/28,5/26,6/8,8/23,9/21,9/22,10/26,10/27,11/9,12/15/04. |
| 4. | COLUMBIA LAW SCHOOL MOOT COURT | TAXI FARE IN CONNECTION WITH LAW SCHOOL - REIMBU SEMENT ON 3/24/04 |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | STRAUB, CHESTER J | 5/2/2005 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. WASHINGTON MUTAL | CO-OBLIGOR: MORTGAGE LOAN | L |
| 2. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. **SMITH BARNEY** | | | | | | | | | |
| 2. JACKSON TWP NJ AMBAC INSD DTD 12/1/03 F/C 6/1/0 | A | Interest | K | T | | | | | |
| 3. NY ST DORM AUTH REVS CITY UNIV CONS-5TH GEN C MBIA 4/10/03 | C | Interest | L | T | | | | | |
| 4. NY CITY MUN WTR F/A WTR&SWR SYS RV SER B-AMBAC TC S CSTD | B | Interest | K | T | partial red. | 6-15 | K | | partial redemption |
| 5. NEW YORK NY SER E BK ENTRY UNLTD TAX OID DTD 11/2/95 | B | Interest | K | T | | | | | |
| 6. NEW YORK NY SER B AMBAC TCRS OID UNLTD/T X CUST CP | D | Interest | L | T | | | | | |
| 7. NEW YORK NY SER L MBIA B/E UNLTD TAX DTD 6/1/ 7 | C | Interest | L | T | | | | | |
| 8. NEW YORK NY SER H G/O BK ENTRY FGIC IN D DTD 4/1/98 | B | Interest | K | T | | | | | |
| 9. NYC G/O SER K U/T AMBAC INSD DTD 4/1/96 D E 2/1/2005 | B | Interest | K | T | | | | | |
| 10. NYC SER G MBIA DD 1/9/96 DUE 2/1/2008 | B | Interest | K | T | | | | | |
| 11. NYS URB DEV CRP REV PJ PINE BARRENS MB A DTD 2/1/96 | D | Interest | M | T | | | | | |
| 12. NEW YORK ST DORM AUTH REVS ST UNIV MB A DTD /15/95 PREREF | B | Interest | K | T | | | | | |
| 13. NEW YORK CITY G/O SER D REF BOOK MBIA 1/1/95 MAT 2/1/06 | B | Interest | K | T | | | | | |
| 14. NEW YORK ST TWY AUTH HWY & BRIDGE SE A AMBAC 8/1/9 | B | Interest | K | T | | | | | |
| 15. NEW YORK ST TWY AUTH HWY & BRIDGE SER A AM AC 2/15/97 | C | Interest | L | T | | | | | |
| 16. NEW YORK CITY SER G AMBAC TCRS OID 1/9/ DUE 2/1/07 | B | Interest | K | T | | | | | |
| 17. NEW YORK SER I B ENTRY TAX OID 4/24/97 | B | Interest | K | T | | | | | |
| 18. NEW YORK ST TWY AU SVC CONT REV LOC HWY & BRIDGE 8/15/95 | B | Interest | K | T | | | | | |

1. Income/Gain Codes          A = $1,000 or less          B = $1,001-$2,500          C = $2,501-$5,000          D = $5,001-$15,000          E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000       G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000 H2 = More than $5,000,000
2. Value Codes                J = $15,000 or less        K = $15,001-$50,000        L = $50,001-$100,000       M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000      O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000 P2 = $5,000,001-$25,000,000
                              P3 = $25,000,001-$50,000,000                          P4 = $More than $50,000,000
3. Value Method Codes         Q = Appraisal              R = Cost (Real Estate Only) S = Assessment             T = Cash/Market
   (See Column C2)            U = Book Value             V = Other                  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. GREENPORT NY PUB IMPT U/T FGIC 1/15/01 F/C 4.75 9/15/07 | B | Interest | L | T | | | | | |
| 20. LONG ISLAND NY PWR AU ELEC AMBAC 5/1/98 5.50 12/01/06 | D | Interest | M | T | | | | | |
| 21. NEW YORK NY SER F-CR FSA OID 2/22/01 4.125 08/01/08 | B | Interest | K | T | | | | | |
| 22. NEW YORK CITY SER G-FSA U/T REG 1/9/96 5.90 2/1/05 | D | Interest | M | T | | | | | |
| 23. SMITH BARNEY MUNI NY MONEY MKT PORT CL A | A | Dividend | L | T | | | | | |
| 24. BERKSHIRE HATHAWAY INC. CLASS B | | None | L | T | | | | | |
| 25. HEWLETT PACKARD | B | Dividend | L | T | | | | | |
| 26. ENZO BIOCHEM INC COMMON | | None | J | T | | | | | |
| 27. HEALTH CARE PPTY INVS INC COMMON | B | Dividend | L | T | | | | | |
| 28. GREAT PLAINS ENERGY - KANSAS CITY POWER & LIGHT COMMO | B | Dividend | K | T | | | | | |
| 29. CAPITAL ONE FINANCIAL | A | Dividend | J | T | | | | | |
| 30. CITIGROUP | A | Dividend | J | T | | | | | |
| 31. HOME DEPOT | A | Dividend | J | T | | | | | |
| 32. IBM COMMON | A | Dividend | M | T | | | | | |
| 33. GENERAL ELECTRIC COMMON | A | Dividend | J | T | | | | | |
| 34. LOCKEED MARTIN COMMON | A | Dividend | J | T | | | | | |
| 35. EXXON COMMON | A | Dividend | J | T | | | | | |
| 36. 3M COMMON | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. HRPT PROPERTIES TRUST | A | Dividend | J | T | | | | | |
| 38. **FIDELITY INVESTMENTS** | | | | | | | | | |
| 39. MERRILL LYNCH & CO. COMMON | A | Dividend | J | T | | | | | |
| 40. COHEN & STEERS REALTY SHARES INC. | A | Dividend | J | T | | | | | |
| 41. | | | | | Buy | 3-19 | J | | |
| 42. | | | | | Buy | 6-18 | J | | |
| 43. | | | | | Buy | 9-17 | J | | |
| 44. | | | | | Buy | 12-23 | J | | |
| 45. EQUITY OFFICE PROPERTIES TRUST | A | Dividend | J | T | | | | | |
| 46. NEW YORK ST ENVIRO FACS 5% | B | Interest | L | T | | | | | |
| 47. NEW YORK ST URBAN DEV CORP REV CORR | C | Interest | L | T | | | | | |
| 48. METROPOLITAN TRANS AUTH NY TRAN FACS | D | Interest | M | T | | | | | |
| 49. FIDELITY NY MUNI MONEY MARKET | A | Dividend | K | T | | | | | |
| 50. NY NYC MUN WTR FIN AUTH 5.25% 6/15/2010 | B | Interest | K | T | | | | | |
| 51. NY ST TWY AUTH HWY & BRDG TR FD 5.25% 4/1/2011 | C | Interest | L | T | | | | | |
| 52. **CITIBANK ACCOUNTS** | | | | | | | | | |
| 53. CHECKING ● | | None | K | T | | | | | |
| 54. PREF. MONEY MARK T ● | A | Interest | J | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $5,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. **FIDELITY IRA ROLLOVER** | | | | | | | | | |
| 56. MARSH & MCLENNAN | | None | K | T | Buy | 10-21 | K | | |
| 57. FIDELITY CASH RESERVES | A | Dividend | L | T | | | | | |
| 58. FEDL HOME LOAN BKS CON BD 5.885% 3/30/2009 | C | Interest | L | T | | | | | |
| 59. S&P 500 DEPOSITORY RECEIPT (SPY) UNIT SE ES I | D | Dividend | O | T | | | | | |
| 60. S&P MID CAP 400 DEP RCPTS MID CAP SPDRS | B | Dividend | M | T | | | | | |
| 61. | | | | | Buy | 3-22 | L | | |
| 62. FEDL HOME LN BANK CONS BD 5.625% 11/15/2011 | C | Interest | K | T | | | | | |
| 63. FEDERAL HOME LN BKS CONS BD 5.475% 1/12/2009 | D | Interest | M | T | | | | | |
| 64. FEDERAL HOME LN BKS CONS BD 5.79% 4/27/2009 | D | Interest | M | T | | | | | |
| 65. FEDERAL HOME LN BKS CONS BD 6.715% 6/29/2009 | D | Interest | M | T | | | | | |
| 66. AMERICAN GROWTH FUND OF AMERICA CLASS F (GFAFX) | A | Dividend | M | T | | | | | |
| 67. | | | | | Buy | 12-13 | J | | |
| 68. DODGE & COX STOCK FUND (DODGX) | C | Dividend | N | T | | | | | |
| 69. | | | | | Buy | 3-29 | J | | |
| 70. | | | | | Buy | 6-28 | J | | |
| 71. | | | | | Buy | 9-28 | J | | |
| 72. | | | | | Buy | 12-29 | J | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$260,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. TWEEDY BROWNE GLOBAL VALUE FUND | C | Dividend | M | T | | | | | |
| 74. | | | | | Buy | 12-28 | J | | |
| 75. BARON GROWTH | | None | M | T | | | | | |
| 76. ROYCE TOTAL RETURN FUND | B | Dividend | M | T | | | | | |
| 77. | | | | | Buy | 3-10 | J | | |
| 78. | | | | | Buy | 6-10 | J | | |
| 79. | | | | | Buy | 9-10 | J | | |
| 80. | | | | | Buy | 12-2 | J | | |
| 81. US TREAS NTS 6.5% 10/15/2006 | D | Interest | M | T | | | | | |
| 82. US TREAS NTS 6.125% 8/15/2007 | D | Interest | M | T | | | | | |
| 83. US TREAS NTS 4.75% 11/15/2008 | D | Interest | N | T | | | | | |
| 84. US TREAS NTS 6.0% 8/15/2009 | E | Interest | N | T | | | | | |
| 85. **FIDELITY IRA** | | | | | | | | | |
| 86. FIDELITY CASH RESERVES | A | Dividend | J | T | | | | | |
| 87. AMERICAN GROWTH (GFAFX) | A | Dividend | J | T | | | | | |
| 88. | | | | | Buy | 12-13 | J | | |
| 89. **FIDELITY IRA** | | | | | | | | | |
| 90. SPARTAN MARKET INDEX FUND | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. | | | | | Buy | 6-4 | J | | |
| 92. | | | | | Buy | 12-3 | J | | |
| 93. FIDELITY CASH RESERVES | A | Dividend | J | T | | | | | |
| 94. US TREAS NTS 4.75% 11/15/2008 | A | Interest | K | T | | | | | |
| 95. DODGE & COX STOCK FUND | A | Dividend | J | T | | | | | |
| 96. | | | | | Buy | 3-29 | J | | |
| 97. | | | | | Buy | 6-28 | J | | |
| 98. | | | | | Buy | 9-28 | J | | |
| 99. | | | | | Buy | 12-29 | J | | |
| 100. TWEEDY BROWNE GLOBAL VALUE | A | Dividend | K | T | | | | | |
| 101. | | | | | Buy | 12-28 | J | | |
| 102. BARON GROWTH | | None | J | T | | | | | |
| 103. | | | | | Buy | 3-22 | J | | |
| 104. | | | | | | | | | |
| 105. CHESTER J. STRAUB INSURANCE TRUSTS #1 & #2 | | | | | | | | | SEE SECTION VIII. |
| 106. | | | | | | | | | |
| 107. ESTATE #1 | | | | | | | | | |
| 108. **SMITH BARNEY** | | | | | | | | | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. SMITH BARNEY | | None | | | | | | | All distributed to beneficiaries |
| 110. CITIBANK ESTATE CHECKING | | None | | | | | | | All distributed to beneficiaries |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000

(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000

(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000

P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market

(See Column C2)    U = Book Value    V = Other    W = Estimated

# VIII  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

ESTATE # 1
THE ESTATE ASSETS HAVE BEEN DISTRIBUTED TO THE BENEFICIARIES IN JANUARY 2004. JUDGE STRAUB WAS NOT A BENEFICIARY AND DID NOT RECEIVE ANY ASSETS OR COMPENSATION FROM THE ESTATE.

THE CHESTER J. STRAUB INSURANCE TRUST #1 AND #2 HAS NOT BEEN REPORTED SINCE HE HAS NO FINANCIAL INTEREST IN THE TRUST PREVIOUSLY REPORTED ON LINE 119 OF THE 2003 FINANCIAL DISCLOSURE REPORT.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

Date __5/6/05__

NOTE: ANY ~~██████████~~ FALSIFIES OR FAILS TO FILE THIS REPORT MAY
BE SUBJECT ~~██████~~ pp. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544